IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PERKINS,

    Petitioner,               No. 2:13-cv-0931 AC P

   vs.

GARY SWARTHOUT, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

1

         2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 17, 2013

                                      /s/ Allison Claire  
                                      ALLISON CLAIRE  
                                      UNITED STATES MAGISTRATE JUDGE

AC:009/kly  
perk0931.101a